IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAUNCY STARLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1557-JJF |
| | ) |
| JOHN S. MALIK, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on January 18, 2005, this Court entered an order granting leave to proceed in forma pauperis (D.I. 4);

WHEREAS, on February 15, 2005, this Court entered an order assessing $20.66 as an initial partial filing fee, and requiring the plaintiff to complete and return an authorization form (D.I. 6);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this ___1___ day of ____April____, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

_____
United States District Judge